**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

JENNIFER FRANKLIN PRESCOTT,
 *pro se,* and DR. JORG BUSSE, *pro se,*

    Plaintiffs,

v.                                                              CASE NO: 2:10-CV-390-FtM-30AEP

CHARLENE EDWARDS HONEYWELL,
et al.,

    Defendants.
_____/

## **ORDER**

    THIS CAUSE comes before the Court, *sua sponte*. Plaintiffs, who are proceeding *pro se*, have a persistent history of filing baseless, incomprehensible, and repetitive pleadings which have impacted the resources of numerous courts within the Middle District of Florida. This appears to be the eleventh action brought by Plaintiff Dr. Jorge Busse and the tenth action brought by Plaintiff Jennifer Franklin Prescott. At the heart of each case, Plaintiffs allege that they are the owners of Lot 15A in the Cayo Costa subdivision of Lee County, Florida. Plaintiffs attempt to challenge a resolution adopted in December 1969 by the Board of Commissioners of Lee County, Florida, where Lot 15A, among other property, was claimed as public land.

    For approximately four years, Plaintiffs have showered courts in the Middle District of Florida with hundreds, if not thousands, of filings, and have ignored repeated court orders

dismissing their lawsuits as frivolous and vexatious. Plaintiff Busse was sanctioned $5,000 but refused to pay. The Eleventh Circuit has imposed a prefiling injunction to screen out the Plaintiffs' frivolous filings, but still they file appeals, up to 20 in one case alone. Indeed, on July 20, 2010, in case 2:09-cv-00791 at Dkt. 245, the Honorable Charlene Edwards Honeywell, entered a pre-filing injunction against Plaintiffs in light of their vexatious and abusive behavior. That order describes in detail the history of Plaintiffs' abusive behavior against various judicial officers, state officers, and other entities and individuals.

Plaintiffs' latest complaint in this case is not so much a claim for relief as it is a free-flowing, stream-of-consciousness tirade against numerous government officials, including, the Honorable Charlene Edwards Honeywell and the Honorable John Edwin Steele, regarding what they perceive to be judicial fraud and corruption.

District courts have inherent power to dismiss frivolous lawsuits with prejudice, without prior notice to the parties. *Davis v. Kvalheim,* 2008 WL 67676, *3 (11th Cir. Jan. 8, 2008). The instant complaint is patently frivolous, baseless, vexatious, and harassing and *sua sponte* dismissal with prejudice is therefore warranted, especially in light of the numerous sanctions already imposed against Plaintiffs based on their prior lawsuits.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' complaint and this case are dismissed with prejudice.

2. The CLERK is directed to CLOSE this case and terminate any pending motions and deadlines as moot.

3.	In light of Plaintiffs' persistent and unrestrained history of filing baseless and incomprehensible pleadings, the CLERK is directed not to accept for filing any future pleading submitted by Plaintiffs in this case, except for a notice of appeal from this Order. *See Baffford v. Township Apartments Assoc., Ltd.*, 2008 WL 1817333, *4 (M.D. Fla. 2008) (directing clerk not to accept any additional filings except a notice of appeal after *sua sponte* dismissal of *pro se* plaintiff's complaint with prejudice as patently frivolous, harassing, and vexatious).

**DONE** and **ORDERED** in Tampa, Florida on July 27, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Even\2010\2-10-cv-390.orderofdismissal.wpd